**Babich v New York City Health & Hosps.**

2024 NY Slip Op 33903(U)

October 31, 2024

Supreme Court, Kings County

Docket Number: Index No. 519976/2024

Judge: Consuelo Mallafre Melendez

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

This decision has been published at
2024 NY Slip Op 51493(U).